[Nos. 30231-8-III; 30239-3-III.   Division Three.   July 16, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWIN TROY HAWKINS, *Respondent*.

Appeals from a judgment of the Superior Court for Douglas County, No. 07-1-00210-7, John Hotchkiss, J., entered August 30, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 68294-6-I.   Division One.   July 22, 2013.]

SNOHOMISH COUNTY, *Respondent*, v. KAY KOHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-05459-4, Ellen J. Fair, J., entered January 3, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Verellen, J.

[No. 68393-4-I.   Division One.   July 22, 2013.]

*In the Matter of the Dependency of* P.S.F.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ATIBA FLEMING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-01327-6, Patricia H. Clark, J., entered February 6, 2012. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 68436-1-I.   Division One.   July 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA PATRICK FALEALILI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-03140-0, Laura Gene Middaugh, J., entered February 24, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Cox, J.